# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA CARDENAS,** | ) Case No. 1:14-cv-01088-BAM |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.   The Clerk of the Court is Ordered to close this case.

IT IS SO ORDERED.

Dated:   **March 6, 2015**              /s/ Barbara A. McAuliffe
                            UNITED STATES MAGISTRATE JUDGE